IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Denyce Couch, :
:
    Plaintiff(s), :
: Case Number: 1:16cv601
vs. :
: Judge Susan J. Dlott
Commissioner of Social Security, :
:
    Defendant(s). :

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Karen L. Litkovitz. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on June 26, 2017 a Report and Recommendation (Doc. 16). Subsequently, the plaintiff filed objections to such Report and Recommendation (Doc. 17) and the defendants filed a response to plaintiff's objections (Doc. 18).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Accordingly, the decision of the Commissioner is AFFIRMED. This case is hereby TERMINATED from the docket of the Court.

IT IS SO ORDERED.

/s/ Susan J. Dlott
Judge Susan J. Dlott
United States District Court